**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BILL NORKUNAS,**

    **Plaintiff,**

vs.                                        **CASE NO. 3:10-cv-470/RS-MD**

**SANDESTIN INVESTMENTS, LLC,**
**et al.,**

    **Defendants.**
_____ /

## **ORDER**

The relief requested in Defendant's Unopposed Motion for Enlargement of Time (Doc. 9) is **GRANTED**. Defendant Sandestin Investments, LLC, shall file its response no later than December 29, 2010.

**ORDERED** on December 2, 2010

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**