IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BILL NORKUNAS, Individually,**

    Plaintiff,

vs.                              CASE NO. 3:10-cv-470/RS-MD

**SANDESTIN INVESTMENTS INC.,**
a Foreign Corporation; and
**INTRAWEST HOSPITALITY**
**MGMT INC.**, a foreign corporation,

    **Defendants.**
_____/

## ORDER

Before me are Defendant Sandestin Investment's Motion to Withdraw (Doc. 28) and Notice of Appearance (Doc. 22).

**It is ordered** that Stanley A. Bunner, Jr., and Salvatori, Wood & Buckel, P.L., are granted leave to withdraw as attorneys of record for Defendant Sandestin Investments Inc. Ralph A. Peterson, and Beggs & Lane RLLP, are substituted as attorneys of record for Defendant Sandestin Investments Inc.

**ORDERED** on January 3, 2011

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**