**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BILL NORKUNAS, Individually,**

    **Plaintiff,**

**vs.**                                    **CASE NO. 3:10-cv-470/RS-MD**

**SANDESTIN INVESTMENTS LLC,**

    **Defendant.**
_____/

## **ORDER**

Before me is the Clarification and Stipulation for Dismissal (Doc. 33).

**IT IS ORDERED:**

1. Sandestin Investments, LLC is the proper party to this action and is substituted for Sandestin Investments, Inc. as defendant in this case.

2. As a non-entity, Sandestin Investments, Inc. is **dismissed without prejudice** as a party to this case.

3. Sandestin Investments, LLC is **dismissed without prejudice** as a party to this case.

4. Intrawest Hospitality Management, Inc. is **dismissed with prejudice** as a party to this case.

5. As all defendants have been dismissed, the clerk is directed to close this case.

**ORDERED** on January 13, 2011

                                            <u>/S/ Richard Smoak</u>
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**